Charles Gullo, appellee, v. American Insurance Company of Newark, New Jersey, appellant. Gen. No. 27,586.

Action on fire insurance policy on motor truck by owner of equity, insurance company having settled with mortgagee. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed April 11, 1923.

Seymour Edgerton, for appellant. William J. Dillon, for appellee.
Mr. Presiding Justice Thomson delivered the opinion of the court.